Entered on Docket
October 05, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Lewis N. Nelson
Attorney at Law-State Bar #87954
141 Sequoyah View Drive
Oakland, CA 94605-4908
(510) 428-2777
(510) 562-8037 fax
Attorney for Debtor
LORETTA F. MOODY



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

In Re ) CASE NO. 07-40894-RN13
)
) **CHAPTER 13**
LORETTA F. MOODY )
) **ORDER OF DISMISSAL**
Debtor. )
) Hearing: 9/20/07
) Time: 2:00 p.m.
) Place: Courtroom 220
     Hon. Randall J. Newsome

**ORDER**

On September 20, 2007, a hearing was held before the above-entitled Court regarding the Chapter 13 Standing Trustee's motion to dismiss with prejudice and for confirmation hearing. The Debtor's objection and declaration in opposition to said motion was duly noted.

All appearances having been duly entered on the record and after oral, documentary, and/or competent evidence was considered; and after the Chapter 13 Standing Trustee's motion to dismiss with prejudice and for confirmation hearing was withdrawn; and upon good cause shown,

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED THAT the Debtor's Chapter 13 proceeding is |
| 2 | dismissed without prejudice, ~~and that any restraining orders~~ |
| 3 | ~~heretofore entered in this case are hereby vacated~~. The Trustee |
| 4 | shall submit at a later date her Trustee's Final Report for |
| 5 | approval by the Court. |

So ordered

*Randall Newsome*
10/5/07

*** END OF ORDER ***

**COURT SERVICE LIST**

DEBTOR

Loretta F. Moody
1362-103rd Avenue
Oakland, California 94603


ATTORNEY FOR DEBTOR

Lewis N. Nelson
Law Offices of Lewis N. Nelson
141 Sequoyah View Drive
Oakalnd, California 94605-4908


CHAPTER 13 TRUSTEE

Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court
P.O. Box 5004
Hayward, CA  94540-5004


U.S. TRUSTEE

Office of the U.S. Trustee
1301 Clay Street, #690N
Oakland, California 94612